UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6118

KEVIN R. WILLIAMS,

             Plaintiff - Appellant,

     v.

MR. BAYS, Senior Psychologist; DAVID ROBINSON, Chief Warden; MR.
HARVEY, Assistant Warden; DR. ASHAN, Psychiatrist; K. DAVID
JONES, Psychologist,

             Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:07-cv-00019-sgw-mfu)

Submitted:  April 17, 2008          Decided:  April 24, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin R. Williams, Appellant Pro Se.  Rosalie Pemberton Fessier,
TIMBERLAKE, SMITH, THOMAS & MOSES, PC, Staunton, Virginia; William
W. Muse, Assistant Attorney General, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin R. Williams appeals the district court's orders accepting the recommendations of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Bays, No. 7:07-cv-00019-sgw-mfu (W.D. Va. May 23, 2007; Dec. 19, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED